No. 43902.—Protests 28212–K, etc., of Whittaker Clark & Daniels, Inc., et al. (New York, etc.).

Opinion by BROWN, J. It was stipulated that the merchandise consists of pumice stone, unmanufactured, similar to that which was the subject of *Chrystal* v. *United States* (C. D. 291). The claim at one-tenth of 1 cent per pound under paragraph 206 was therefore sustained.

No. 43903.—Protest 4722–K of World Sponge Market (New York).

Opinion by BROWN, J. Since the merchandise was withdrawn from warehouse on January 10, 1939, it was held entitled to the application of the reduced rate of duty as well as the preferential reduction of 20 percent by virtue of T. D. 49752.

No. 43904.—Protests 720829–G, etc., of Hammond Cedar Co. (Seattle).

Opinion by BROWN, J. In accordance with stipulation of counsel, and on the authority of *Myers* v. *United States* (T. D. 49530) the protests were sustained.

No. 43905.—Protest 768131–G of J. G. Kennedy Lbr. Co. (Seattle).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Myers* v. *United States* (T. D. 49530) the protest was sustained.

No. 43906.—Protest 916387–G/86803 of Specialty Importing Co. (Chicago).

Opinion by BROWN, J. It was stipulated that the merchandise consists of hair pencils the same as those passed upon in *United States* v. *Grumbacher* (27 C. C. P. A. 166, C. A. D. 80). The claim at 40 percent under paragraph 1506 was therefore sustained.

No. 43907.—Protests 961064–G, etc., of Rice-Bayersdorfer Co. et al. (Philadelphia).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of Abstract 42424 the glass flowers in question were held dutiable at 60 percent under paragraph 1518 as claimed.